David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
William H. Castle

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| William H. Castle,<br><br>  Plaintiff,<br><br>  vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>  Defendant(s). | Case No.: **2:16-cv-00991-RFB-CWH**<br><br>**NOTICE OF SETTLEMENT BETWEEN WILLIAM H. CASTLE AND EQUIFAX INFORMATION SERVICES, LLC** |

**NOTICE IS HERBY GIVEN** that the dispute between William H. Castle ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC ("Equifax") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against Equifax, with Prejudice, within 60 days. Plaintiff requests that all pending dates

and filing requirements as to Equifax be vacated and that the Court set a deadline **for June 27, 2016** ~~sixty (60) from present~~ for filing a Dismissal as to Equifax.

Dated: May 13, 2016

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
*William H. Castle*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 17th day of May, 2016.